IT IS SO ORDERED.
s/ Jack Zouhary
United States District Judge
6/18/10

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| JOHN WARD, | ) | |
| | ) | Case No. 3:10-cv-01113-JZ |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **NOTICE OF DISMISSAL** |
| CREDIT BUREAU COLLECTION | ) | |
| SERVICES, INC. d/b/a CBCS, | ) | |
| | ) | |
| Defendant. | ) | |

Now comes the Plaintiff, JOHN WARD, by and through his attorneys, and hereby advises the Court that he is dismissing the above-captioned matter with prejudice, pursuant to a settlement agreement reached between the parties.

Respectfully submitted,

/s/ David B. Levin
David B. Levin (0059340)
Mitchel E. Luxenburg (0071239)
Attorneys for Plaintiff
Luxenburg & Levin, LLC
23240 Chagrin Blvd., Suite 601
Beachwood, OH 44122-5452
(888) 595-9111, ext. 711 (phone)
(866) 382-0092 (facsimile)
dlevin@attorneysforconsumers.com